DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK DIAZ,**
Appellant,

v.

**LISA PELLECHIO,**
Appellee.

No. 4D2023-2530

[April 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE21003548.

Chester G. McLeod, Pembroke Pines, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***